COMMONWEALTH of Pennsylvania,
Respondent

v.

Jesse SMOOT, Petitioner

No. 554 MAL 2016

Supreme Court of Pennsylvania.

January 31, 2017

## ORDER

PER CURIAM

**AND NOW**, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.